United States District Court
Eastern District of New York

## NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

13 cv 4320

1) indicated that this case is related to the following case(s):

13-cv-623

JBW

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to

____ CR/CV _____.