```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
DONALD FRANKS

                v

CITY OF NEW YORK, et al.,
------------------------------------------------X
PHILIP SEPULVEDA

                v

THE CITY OF NEW YORK, et al.,
------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 20 2013 ★
BROOKLYN OFFICE

ORDER
13-CV-623

13-CV-4320

**Jack B. Weinstein, Senior United States District Judge**

The recommendation in the Magistrate Judge's memorandum and order dated September 17, 2013, is adopted.

SO ORDERED

*[signature]*
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 9/19/13